IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MURAD DIGGS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) C.A. No. 22-1343-CFC-EGT |
| | ) |
| WARDEN SCOTT CERESINI and | ) |
| ATTORNEY GENERAL OF THE | ) |
| STATE OF DELAWARE, | ) |
| | ) |
| Respondents. | ) |

## ORDER

At Wilmington, this 14th day of October in 2025, having considered the Report and Recommendation by United States Magistrate Judge Eleanor G. Tennyson filed on September 18, 2025, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

It is HEREBY ORDERED that:

1. The Report and Recommendation (D.I. 19) is ADOPTED.

2. Petitioner Murad Diggs's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C § 2254 (D.I. 1) is DISMISSED, and the relief requested therein is DENIED.

3. The Court declines to issue a certificate of appealability because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

4. The Clerk shall close the case.

_____
Colm F. Connolly
Chief Judge